UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Sedlmyer, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>THORNBURG MORTGAGE, INC., GARRETT THORNBURG, LARRY A. GOLDSTONE, CLARENCE G. SIMMONS, III, ANN-DRUE M. ANDERSON, DAVID A. ATER, JOSEPH H. BADAL, ELIOT R. CUTLER, MICHAEL B. JEFFERS, IKE KALANGIS, OWEN M. LOPEZ, FRANCIS I. MULLIN, III, and STUART C. SHERMAN,<br><br>      Defendants. | **CIVIL ACTION NO. 07-cv-8315**<br><br>CLASS ACTION COMPLAINT<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**L.R. 7.1 DISCLOSURE STATEMENT**

Pursuant to L.R. 7.1, Plaintiff, David Sedlmyer, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: September 24, 2007

              **BRODSKY & SMITH, LLC**

              By:*s/ Evan J. Smith, Esquire (ES3254)*
              Evan J. Smith, Esquire (ES 3254)
              240 Mineola Boulevard
              Mineola, NY 11501
              (516) 741-4977
              (516) 741-0626 (facsimile)

              **SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
              Richard A. Maniskas, Esquire
              280 King of Prussia Road
              Radnor, PA 19087
              (610) 667-7706
              *Attorneys for Plaintiffs*